| | |
|---|---|
| 1 | SUZANNE K. BABB (SBN 229750) |
| | BEYERS COSTIN SIMON |
| 2 | A Professional Corporation |
| | 200 Fourth Street, Suite 400; PO Box 878 |
| 3 | Santa Rosa, California 95402-0878 |
| | Tel 707.547.2000  Fax 707.526.2746 |
| 4 | sbabb@beyerscostin.com |
| 5 | Attorneys for Defendant |
| | Domaine Carneros, Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ, | CASE NO.  3:21-cv-09600 |
| Plaintiff, | |
| vs. | **STIPULATION PROVIDING DEFENDANT UNTIL APRIL 6, 2022 TO RESPOND TO COMPLAINT** |
| DOMAINE CARNEROS, LTD, a Delaware corporation, | |
| Defendant. | |

The parties to this action, through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiff Andres Gomez ("Plaintiff") filed this action on December 13, 2021.

WHEREAS, Defendant Domaine Carneros, Ltd. ("Defendant") was served with the complaint on January 16, 2022.

WHEREAS, the parties have previously extended the time for Defendant to respond to the complaint, but this additional extension does not interfere with any Court scheduled deadline or event;

WHEREAS, the parties are in the process of sharing information, and discussing a potential resolution;

WHERAS, Plaintiff is willing to provide Defendant with the additional time desired and therefore agrees to a 20-day extension for Defendant to file a responsive pleading.

-1-

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS THEREFORE STIPULATED AND AGREED THAT Defendant's deadline to file a response to Plaintiff's Complaint is extended until April 6, 2022.

Dated: March 21, 2022                                                  BEYERS COSTIN SIMON

                                                                                            */s/ Suzanne K. Babb*
                                                                            By: _____
                                                                                            SUZANNE K. BABB
                                                                                            Attorneys for Defendant

Dated: March 21, 2022                                                  CENTER FOR DISABILITY ACCESS

                                                                            By: _____
                                                                                            AMANDA SEABOCK
                                                                                            Attorneys for Plaintiff

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that Defendant's response to Plaintiff's complaint is due on or before April 6, 2022.

**IT IS SO ORDERED.**

Dated: _____                           _____
                                                                            JUDGE OF THE SUPERIOR COURT

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**